**Ernest Leroy CLEVELAND, Appellant,**

**v.**

**The STATE of Texas, Appellee.**

No. 28837.

Court of Criminal Appeals of Texas.

Feb. 20, 1957.

No attorney for appellant of record on appeal.

Leon B. Douglas, State's Atty., Austin, for the State.

DAVIDSON, Judge.

This is a conviction under Art. 802c, Vernon's Ann.P.C., commonly referred to as murder without malice, with punishment assessed at three years in the penitentiary.

The record is before us without a statement of facts or bills of exception. Nothing is presented for review.

The judgment is affirmed.